**No. 68651.**—Lafayette Brass Co., Inc., and The Durst Manufacturing Co., Inc. *v.* United States, protests 311709–K and 58/16284 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. 68652.**—A. Brickman, Inc. *v.* United States, protests 330783–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

**No. 68653.**—Durex Hardware Mfg. Corp. et al. *v.* United States, protests 59/26479, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of sprinklers or sprinkler tops similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. 68654.**—The Durst Mfg. Co., Inc., et al. *v.* United States, protests 60/12396, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 18, 1964

**No. 68655.**—Exhibit Sales Co. v. United States, protests 63/10515, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of metal articles having as an essential feature an electrical element or device, not chiefly used for the amusement of children, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JUNE 18, 1964

**No. 68656.**—American Pecco Corp. v. United States, protest 63/4230 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 68657.**—J. W. Hampton, Jr., & Co. v. United States, protest 58/7715 (Philadelphia).